1  Joshua B. Swigart, Esq. (SBN: 225557)
2  Josh@SwigartLawGroup.com
   **Swigart Law Group, APC**
3  2221 Camino Del Rio South, Ste 308
4  San Diego, CA 92108
   Telephone: (866) 219-3343
5  Facsimile:  (866) 219-8344

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| DAVID GREENLEY, | Case No: 20-CV-0095-AJB-AGS |
|---|---|
| Plaintiff, | **JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |
| v. | |
| COMENITY BANK, | |
| Defendant. | |

1

Joint Motion for Dismissal

In accordance with Federal Rule of Civil Procedure 41, Plaintiff DAVID GREENLEY and Defendant COMENITY BANK file this Joint Motion to Dismiss, and request that the Court dismiss all of Plaintiff's claims against Defendant with prejudice and the putative class's claims without prejudice. Each party shall bear their own attorney's fees and costs.

Respectfully Submitted,

Date:  August 11, 2020         **SWIGART LAW GROUP, APC**

By:  *s/ Joshua B. Swigart*
Joshua B. Swigart, Esq.
Josh@SwigartLawGroup.com

Attorneys for Plaintiffs

Date:  August 11, 2020         **SIMMONDS & NARITA LLP**

By:  *s/ Jeffrey A. Topor*
Jeffrey A. Topor
jtopor@snllp.com

Attorneys for Defendant