# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GREENLEY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>COMENITY BANK,<br><br>　　　　　　　Defendant. | Case No: 20-CV-0095-AJB-AGS<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

Based upon the Parties' Joint Motion for Dismissal, and good cause, this Court hereby orders Comenity Bank dismissed with prejudice in respect to the Plaintiff and without prejudice in respect to the putative class. Each party is to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  August 12, 2020

*/s/ Battaglia*
Hon. Anthony J. Battaglia
United States District Judge